[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 19 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Steven Henley

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.         Case No: 18-cv-06023
            (To be supplied by the Clerk of this Court)

Exela Technologies, Inc.

(Formaly Known as "Novitex Enterprise Solutions, Inc.")

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**           **AMENDED COMPLAINT**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.** **Plaintiff(s):**

A. Name: Steven Henley

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: P.O. Box 1442 Homewood, IL 60430

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Exela Technologies, Inc.

Title: (Formaly Known as "Novitex Enterprise Solutions, Inc)

Place of Employment: 151 N. Franklin Chicago, IL 60606
230 W. Monroe, Chicago, IL 60606

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"See Attached"

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____
_____

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Friday_ day of _April_, 20 _19_

_Steven Henley_
(Signature of plaintiff or plaintiffs)

_Steven Henley_
(Print name)

_____
(I.D. Number)

_P.O. Box 1442 Homewood, IL 60430_
(Address)

## HARASSMENT – HOSTILE WORK ENVIRONMENT

I, Steven Henley, claim that I was subjected to harassment by Doug Reagner, Ramona Stephens and Judy Lawrence Sanders and that this harassment was motivated by my race, Black. I believe Reagner, Stephens and Sanders are liable for racial harassment.

### I. I WAS SUBJECTED TO HARRASSMENT BY DOUG REAGNER GIVING RISE TO HARRASMENT BY JUDY LAWRENCE SANDERS, AND RAMONA STEPHENS CREATING AN HOSTILE WORK ENVIRONMENT

On April 1, 2016, I was told by Doug Reagner, my supervisor, to work in the mail room. I asked my team lead why I was selected to work in the mail room, and she said she did not know. On April 3, 2016, I went down to the mail room. My duties were to take packages on a cart, and them to the insurance adjusters, and other worker throughout the building. I worked in the mailroom for two weeks before returning to the position I was hired, and qualified for. After returning to my position, I suffered adverse employment actions, and others outside my protected class and similarly situated were treated more favorably.

On June 3, 2016, my apprehension of becoming fearful, and uneasy about the future of my position was realized. I believe the first materially adverse action began with Doug's email to me concerning access to the claims center to process evidence. I had not been given access to the claim center since I started. In seizing my position, at approximately 4:30 pm, Doug sent an email to me asking me do I have access to the claim center yet. At 4:41pm, I responded to him telling him no, that I am able to get the information I need, but I cannot submit evidence into the claim center.

### II. RAMONA STEPHAN'S CONDUCT WAS NOT WELCOMED BY ME

On March 20, 2016, I was told by the team lead, Judy Lawrence Sanders, to have Ramona Stephens take me to the evidence room on the 16th floor to show me how I was to locate evidence, retrieve evidence, and deliver the evidence to the Imaging Department for processing out to the insurance adjusters. At approximately 10:00am, while I was reviewing physical evidence by the window, Ramona approached me from behind and asked me why I was employed there. Not understanding what she meant by asking me why I was there, she said to me looking out the window at the Metropolitan Correctional Center that I should be there since I am black and have a college degree. I looked at her, and told her that her comments was unwelcomed. She then turned, and walked toward the refrigerated evidence. On two separate occasions within the next several months, Ramona approached me and made unwelcoming comments to me.

x 7

### III. RAMONA STEPHAN'S CONDUCT WAS MOTIVATED BY THE FACT THAT I AM BLACK

At approximately 10:00am, while I was reviewing physical evidence by the window, Ramona approached me from behind and asked me why I was employed there. Not understanding what she meant by asking me why I was there, she said to me looking out the window at the Metropolitan Correctional Center that I should be there since I am black and have a college degree.

On December 2, 2016, at approximately 11:30 am, I was working at my desk along with Rochelle transcribing chart reports that was given to Ramona, Rochelle, and I with specific instructions given to each of us by the team lead who was on vacation. Ramona came into the department, and walked towards Judy's desk and asked where she was. Rochelle told her that Judy was on vacation as Ramona walked towards our cubicles. She then leaned over Rochelle's cubicle, and asked me was I the HNIC. Not understanding what she meant she meant by HNIC I did not respond. She then looked at Rochelle, and said I do not know what that mean. Looking directly at me, she said are you the Head Nigger in Charge. I looked up at her, and asked her why she would call me such an insulting and contemptuous term. She said she just wanted to know, if I was the head nigger in charge. She then turned, and walked out of the door.

### IV. CONDUCT WAS SO SEVERE OR PERVASIVE THAT A PERSON IN MY POSITION WOULD FIND MY WORK ENVIRONMENT TO BE HOSTILE OR ABUSIVE

On August 23, 2016, at approximately 10:02 am, I began to grasp with my mind, and apprehend uncertainty as it related to me being unsure about someone, or something happening to me. Judy sent an email to Ramona and me. The email highlighted someone named Geraldine Gerry Aiello being "replaced" by Ms. Pidge. Since it was my job to checkout and add files for claims, access I never gained access to, it was not Gerry being replaced by Pidge, but something that about to happen to me as it related to access to do "evidence" and my job being replaced. On three separate occasions within the next three emails, Judy gains possession, control, and capture of my job duties to do evidence. On one of those occasions, Judy asks Doug to give his revised thoughts on letting others outside my protected class and similarly situated to be treated more favorably.

On October 17, 2016, at approximately 9:28 am, Judy sends an email to Doug, as it relates to evidence being pulled asking him can he have someone pull a CD from the evidence room, and deliver it to Mr. Lem. On October 17, 2016 at approximately 11:06 am, Judy sends another email to Doug, as it relates to evidence being pulled, asking him can he have someone pull a CD from the evidence room and deliver it to Ms. Vanessa.

On October 17, 2016 at approximately 1:33pm, Judy sends another email to Doug, as it relates to his thoughts on evidence being pulled, asking him "when Mr. Lem, Ms. Vanessa, and Ms. Ashley need evidence pulled, can he assign one of them to have the "responsibility" of going to the evidence room to pull what they need." On October 17, 2016 at approximately 3:0pm, Doug responds to Judy's email, as it relates to his thoughts on evidence being pulled by co-workers who objected to Judy's request, not withstanding, it was my job to pull evidence and deliver it to them, "to continue to send them him and he will then let her know once the item was delivered."

On December 2, 2016, at approximately 11:30 am, I was working at my desk along with Rochelle transcribing chart reports that was given to Ramona, Rochelle, and I with specific instructions given to each of us by the team lead who was on vacation. Ramona came into the department, and walked towards Judy's desk and asked where she was. Rochelle told her that Judy was on vacation as Ramona walked towards our cubicles. She then leaned over Rochelle's cubicle, and asked me was I the HNIC. Not understanding what she meant she meant by HNIC I did not respond. She then looked at Rochelle, and said I do not know what that mean. Looking directly at me, she said are you the HEAD NIGGER IN CHARGE. I looked up at her, and asked her why she would call me such an insulting and contemptuous term. She said she just wanted to know, if I was the HEAD NIGGER IN CHARGE. She then turned, and walked out of the door.

On December 19, 2016, at approximately 2:30pm, I was working in the Records Department along with Judy and Ramona in separate areas. Ramona approached me in the isle and began to tell me about how her boyfriend had left her and her son to fend on their own, and how she have survived since her father had just passed away. Listening and not responding to her story, I was stunned when she suddenly said to me, "that is why I called you a NIGGER." I immediately went to Judy, as she sat at her desk, and told her what Ramona said to me when she was on vacation and then now, and that I wanted to complain to human resources. Her response to me was that there is no Human Resources, and that I should email Doug. I immediately went to my desk, and emailed Doug while I cc Judy, and she told me only to send it to Doug and not to her.

## V. I BELIEVED MY WORK ENVIRONMENT TO BE HOSTILE OR ABUSIVE AS A RESULT OF REAGNER'S, STEPHANS'S, AND SANDER'S CONDUCT

The next two emails that Judy required me to send to Ramona and Doug, after I complained to Doug and Human Resources about racial slurs Ramona Stephens made to me.

On December 30, 2016, at approximately 10:53am, I was instructed by Judy, specifically, to cc the email to her, to send Ramona an email, in totality, denying me again the right to do evidence and denying me walk-in access to the 16th floor file room. The email I wrote to Ramona states: "Hi Ramona, I have two requests. Can you please check to see, if claim numbers EF005630 and 2G819420 are in the 16th floor file room."

On January 20, 2017 at approximately 3:46 pm, Judy emails Doug and states that "Rochelle and I do not have full computer access to the claims center. Please provide them the same access that she has." I believe this email she sends to Doug is coercive by threat as it relates to me not having computer claim access since I started, and highlighted Rochelle, the co-worker who witnessed Ramona calling me HEAD NIGGER IN CHARGE, the co-worker Judy told me to train to do evidence, and the co-worker who took over my duties performing evidence.

On August 11, 2017 at approximately 9:23am, to help free myself from this hostile working environment, I emailed Doug for access to the 16th floor file room. I asked Doug can he please give me access to the 16th floor file room, as we discussed a few days ago. I have asked Judy on several occasions, for she has insisted that she emailed you about access, but I still cannot gain access to pick up files, or return files that have been returned to central files to be shelved. I was given access to the 16th floor file room from Doug one year, and five months later. Doug's response in giving me access was "done" you have access.

On November 7, 2017 at approximately 9:30 am, I was asked by Doug to work on a project in the fifth floor file room. I was asked to pick, and pull files from the shelves and cabinets and pull into boxes from spread sheets that was given to Rochelle and me. Doug escorted Rochelle into the room, and it seemed the she was pulling the files from the shelves and putting them into boxes. Rochelle never assisted me in the project. She only completed a few sheets. Over the course of one week, notwithstanding four hundred spread sheets Doug gave me while working on concurrently on this project to complete and give to him, I pulled, labeled the spread sheets, and boxed over one hundred and fifty boxes all alone in the fifth floor file room with temperatures below 50 degrees.

On November 24, 2017 at approximately at 2:24pm, I was forced to recount one hundred and fifty boxes that I had pulled, counted, boxed, and brought up all alone from the fifth floor file room. Someone had come into the fifth floor file room and sabotaged my work, as I was not sure who had did it, but mentioned it Judy who told me there was an error in

A 10

the spread sheet count. This was strange to me because I had concurrently completed spread sheets of four hundred, and gave them to Doug with no mistakes. I started to bring the boxes up on the pull cart, placed them against the wall, and finally had all of the boxes stacked row by row, and the project completed. Judy came to me, and Doug will help me sort through the files which he did as she and Rochelle watched me recount the work I did all alone.

On March 21, 2018, at approximately 2:14pm, I received an email from Doug of high importance concerning suspicious mail resources. The email stated to "please see the attached. As this has been in the news as actual events I want everyone to refresh on package handling." The attached email was sent from Steven Glass, Director, Service Delivery, on March 21, 2018 at approximately 4:39am concerning suspicious package protocols. The email stated that "Austin has had 4 bombings in the past few weeks. Three of the bombs were packaged left on doorsteps. While flying out of Austin yesterday, authorities were detonating another parcel at a FedEx facility locally. The threat is real right now as people have lost their lives. Austin authorities have now determined this as a serial bomber. They have communicated that this person is trained, and the devices have a level of sophistication. All in All, very scary. Please have your teams remain vigilant."

While these emails are threatening, they do not negate whether the work environment Doug subjected me to. The physically threatening, humiliating, abusive discriminatory conduct, that I feel unreasonably interfered with my work performance, were the Gun that was stored in the file room and historical artifacts including soldier uniforms, plagues, graffiti, and other accessories that I believed was historically tied to my protective status, Black.

On April 2, 2018, at approximately12:45am, an Iron Mountain Employee, who was packing up boxes for storage came up to me alone in the fifth floor file room and said "why are you doing what you are doing?" "We are doing the same thing." He called Ms. Rosie of CNA Insurance Company and she told him to tell me to stop what I was doing immediately saying I should not have pulled one file.

On May 4, 2018 at approximately 8:38am, I went into the Imaging Department to get an empty gurney. When I reached to get an empty gurney, I was told by Ramona, who asked me was I the HEAD NIGGER IN CHARGE, in the presents of another co-worker standing next to her that, "we need this." A White Male who told me just two day before that it was his new job, came over and just looked at me

11

## VI. I SUFFERED AN ADVERSE "TANGIBLE EMPLOYMENT ACTION" AS A RESULT HOSTILE WORK ENVIRONMENT

### Diminishing my compensation

On November 8, 2017 at approximately 11:16 am, I received an email from Doug that was also cc to Judy and Rochelle. The email concerning the positions were geared towards Rochelle and me, and stated that there are two positions posted for imaging services. Both are for all computer entry work with positions R0051138 offered as part-time, and position R0051138 offered as full time. The email stated that, if interested, please apply and after I apply please let Doug know that I completed the application. I learned from Rochelle the same day the email was sent to us that she was already given the full-time position even before I had a chance to apply for the full-time position.

### Reducing my long term career prospects by preventing me from using the skills in which I was trained and experienced so that my career is likely to be stunted

On November 9, 2017 at approximately 11:39am, I received a versatile request email from Vanessa Robles, a customer service representative in the imaging department. The email opens up with "Hi Rochelle and Steven. These requests are not in versatile yet, but I need these to go out today to the adjusters. On November 9, 2017 at approximately 11: 44 am, I received another email request from Vanessa stating that she also needs a title. On November14, 2017 at approximately 1:05pm, I received another email request from Vanessa stating that she needed cd, titles, and flash drives.

### Reassignment to different responsibilities

On December 4, 2017 at approximately 2:23pm, I received an email from Doug stating that, "if I am looking for something to do he have some tubs of scanned mail that need to be moved to a gurney. We remove all the binder and paper clips from the batches of documents then put the paper in the gurney.

On March 13, 2018, I asked Doug why I am the only one doing gurney work, and he said to keep me employed. He went on to say that the new employee, Rochelle, filed new application for position. I asked him why she is not doing gurney work, and he said he got her doing something else.

On May 2, 2018 at approximately 8:39am, I came into Imaging Department to empty one full gurney, and get an empty one. A new White Male who was just hired, and was using the empty gurney I would retrieve, said to me that it was his job now to do the gurney work and he was using it.

12

# RETALIATION

## I. MY RIGHT TO BE FREE FROM RACIAL DISCRIMINATION WAS VIOLATED. I WAS ACTING UNDER A REASONABLE GOOD FAITH BELIEF THAT SUCH A VIOLATION HAD OCCURRED

I communicated to my employer my belief that my co-worker, team lead, and supervisor has engaged in harassment which constituted my opposition to the activity.

## II. I WAS SUBJECTED TO A MATERIALLY ADVERSE ACTION AT THE TIME, OR AFTER, THE PROTECTED CONDUCT TOOK PLACE

The adverse work related actions taken against me were removal of my responsibilities, demotion, transfer to less prestigious or desirable work, sabotaging and scrutinizing my work more closely than that of other employee without justification, formal reprimand, work-related threats, and discharge because I was not dissuaded from engaging in protected activity.

## III. THERE WAS A CAUSAL CONNECTION BETWEEN THE ADVERSE ACTION AND THE PROTECTECTED ACTIVITY

A causal connection is established between the actions the employer took against me, and my protected activity of complaining about discrimination and harassment as the employer was aware of the protected activity. Even though Doug Reagner may not have held any retaliatory animus when he actually took the materially adverse action, the employer is vicariously liable because one of its agents, Judy Lawrence Sanders, motivated by discriminatory and retaliatory animus, intentionally and proximately caused Doug to take the action.

But for Judy's retaliatory motive, the employer would not have taken the adverse action. The evidence of causation demonstrates that the employer acknowledges and betrays a retaliatory motive for its adverse actions in writing. The evidence include suspicious timing, written statements, and comparative evidence that similarly situated employees were treated differently. The employer's adverse actions occurred shortly after I complained to Doug Reagner and Human Resources.

13

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Steven Henley<br>17908 Sacramento Ave.<br>Homewood, IL 60430 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-03813 | Brandi Kraft,<br>Investigator | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    6/5/18
Julianne Bowman,                *(Date Mailed)*
District Director

Enclosures(s)

cc:   **Chief Executive Officer**
**NOVITEX ENTERPRISE SOLUTIONS**
300 First Stamford Place | Second Floor
Stamford, CT 06902

Dept. of Human Rights
INTAKE UNIT

JUL 2 0 2018

RECEIVED

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2018-03813 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) Mr. Steven Henley | Home Phone (708) 639-2142 | Year of Birth 1959 |
|---|---|---|
| Street Address 17908 Sacramento Ave, | City, State and ZIP Code HOMEWOOD, IL 60430 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name NOVITEX ENTERPISE SOLUTIONS | No. Employees, Members 501+ | Phone No. (844) 668-4839 |
|---|---|---|
| Street Address 205 North Michigan Avenue, | City, State and ZIP Code Chicago, IL 60611 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-22-2016    Latest: 03-23-2018
[X] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was hired by Respondent in or around March 2016. My most recent position was Record Management Clerk. During my employment, I was subjected to racial harassment. I complained to Respondent to no avail. Subsequently, I was subjected to different terms and conditions of employment, including, but not limited to, having my job duties taken away. I was disciplined and discharged. I believe I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Steven Henley on 06-04-2018 12:48 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |